[No. 12291-0-II.  Division Two.  November 22, 1989.]

HAROLD WHITE, ET AL, *as Personal Representatives,
Appellants*, v. MARK NAU, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86-2-00668-1, Don L. McCulloch, J., entered August 26, 1988. *Affirmed* by unpublished opinion

per Reed, J., concurred in by Alexander, C.J., and Worswick, J.